UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BRYANT GUERRERO,<br><br>    Petitioner,<br><br>  v.<br><br>KIM HOLLAND, Warden,<br><br>    Respondent. | Case No. EDCV 15-787-DDP(AJW)<br><br><br><br>JUDGMENT |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: October 28, 2015

_____
Dean D. Pregerson
United States District Judge